

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 3:22-CR-8 |
| | Violations: 18 U.S.C. § 2 |
| LEAH NICOLE WAMSLEY, | 18 U.S.C. § 922(a)(6) |
| MICHAEL ANTHONY COLEMAN, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(2) |
| Defendants. | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(False Statement During the Purchase of a Firearm)

On or about August 4, 2020, in Mineral County, in the Northern District of West Virginia, defendant, **LEAH NICOLE WAMSLEY**, in connection with the acquisition of a firearm, Rock Island Armory, Model 1911-A1 FS, 9mm pistol, bearing serial number RIA2196933, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code (referred to as a FFL), knowingly made a false and fictitious written statement to a FFL, which statement was intended and likely to deceive a FFL, as to a fact material to the lawfulness of such sale of the said firearm to defendant **LEAH NICOLE WAMSLEY** under chapter 44 of Title 18, in that the defendant represented that her current address was 1008 Greene Gables Drive, Ridgeley, WV, when in fact, it was not her address at the time of purchase; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

(False Statement During the Purchase of a Firearm)

On or about October 14, 2020, in Mineral County, in the Northern District of West Virginia, defendant, **LEAH NICOLE WAMSLEY**, in connection with the acquisition of a firearm, C2, Model Scorpion Evo, 9mm pistol bearing serial number C290523, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code (referred to as a FFL), knowingly made a false and fictitious written statement to a FFL, which statement was intended and likely to deceive a FFL, as to a fact material to the lawfulness of such sale of the said firearm to defendant **LEAH NICOLE WAMSLEY** under chapter 44 of Title 18, in that the defendant represented that her current address was 1008 Greene Gables Drive, Ridgeley, WV, when in fact, it was not her address at the time of purchase; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THREE

(False Statement During the Purchase of a Firearm)

On or about November 5, 2020, in Mineral County, in the Northern District of West Virginia, defendant, **LEAH NICOLE WAMSLEY**, in connection with the acquisition of a firearm, GSG, Model Firefly, .22 caliber pistol bearing serial number F452149, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code (referred to as a FFL), knowingly made a false and fictitious written statement to a FFL, which statement was intended and likely to deceive a FFL, as to a fact material to the lawfulness of such sale of the said firearm to defendant **LEAH NICOLE WAMSLEY** under chapter 44 of Title 18, in that the defendant represented that her current address was 1008 Greene Gables Drive, Ridgeley, WV, when in fact, it was not her address at the time of purchase; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOUR

(Aiding and Abetting False Statement During Purchase of a Firearm)

On or about September 20, 2021, in Mineral County, in the Northern District of West Virginia, defendant **LEAH NICOLE WAMSLEY**, aided and abetted by defendant **MICHAEL ANTHONY COLEMAN**, in connection with the acquisition of two firearm, that is a Smith & Wesson, model M&P Bodyguard 380, .380 caliber pistol, bearing serial number KHW1917, and a Glock, Model 19X, .9mm caliber pistol, bearing serial number BTRV872, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code (referred to as a FFL), knowingly made a false and fictitious written statement to a FFL, which statement was intended and likely to deceive a FFL, as to a fact material to the lawfulness of such sale of the said firearm to defendant **LEAH NICOLE WAMSLEY** under chapter 44 of Title 18, in that the defendant represented that she was the actual purchaser of the firearm and that she resided at 1008 Greene Gables Drive, Ridgeley, WV, when in fact, she was not the true purchaser of the firearm and defendant **MICHAEL ANTHONY COLEMAN** was the true purchaser of the firearm and she did not reside at the residence 1008 Greene Gables Drive, Ridgeley, WV; in violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

## **COUNT FIVE**

(Unlawful Possession of Firearm)

On or about November 10, 2021, in Mineral County, in the Northern District of West Virginia, defendant **MICHAEL ANTHONY COLEMAN**, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is, Distribution of Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), in criminal case number 2:01CR21-5, on or about October 23, 2002 in the Northern District of West Virginia; did knowingly possess in and affecting commerce a firearm, that is one Yugoslav rifle, Model M48A, 7.92 x 57mm caliber, serial number 54642; one Yugoslav rifle, 7.92 x 57mm caliber, serial number AS03470; one Smith & Wesson pistol Model Bodyguard 380, .380 caliber, serial number KHW1917; one American Tactical rifle Model Omni Hybrid, 5.56 Nato caliber, serial number NS201712; one Glock pistol Model 19X, 9mm caliber, serial number BTRV872; and one Taurus pistol Model PT111 G2A, 9mm caliber, serial number ABB299127, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), including the following:

> Yugoslav rifle, Model M48A, 7.92 x 57mm caliber, serial number 54642
> Yugoslav rifle, 7.92 x 57mm caliber, serial number AS03470
> Smith & Wesson pistol Model Bodyguard 380, .380 caliber, serial number KHW1917
> American Tactical rifle Model Omni Hybrid, 5.56 Nato caliber, serial number NS201712
> Glock pistol Model 19X, 9mm caliber, serial number BTRV872
> Taurus pistol Model PT111 G2A, 9mm caliber, serial number ABB299127
> Six (6) .380 caliber cartridges loaded in Smith & Wesson Bodyguard SN: KHW1917
> Twelve (12) 5.56 caliber cartridges loaded in American Tactical rifle SN: NS201712
> Eighteen (18) 9mm cartridges loaded in Glock 19X SN: BTRV872
> Glock pistol case containing two (2) pistol magazines and one (1) gun lock
> Three (3) pistol magazines in Taurus pistol box
> Forty-two (42) assorted cartridges located in Taurus pistol box
> One Blackhawk body armor
> Twenty-five (25) boxes and loose assorted ammunition
> Ten (10) 9mm caliber cartridges loaded in pistol magazines in Taurus pistol box

A True Bill,

/s/_____
Grand Jury Foreperson


/s/_____
WILLIAM J. IHLENFELD
United States Attorney

Kimberley D. Crockett
Assistant United States Attorney